# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## TIMOTHY W. VIGIL
## AIRCREW SURVIVAL EQUIPMENTMAN SECOND CLASS (E-5), U.S. NAVY

### NMCCA 201300468
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 22 August 2013.
**Military Judge**: CAPT Bethany Payton-O'Brien, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Air Station, Lemoore, CA.
**Staff Judge Advocate's Recommendation**: LT D.A. Christenson, JAGC, USN.
**For Appellant**: LCDR Shannon A. Llenza, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

### 27 March 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court